UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM HEBERT                    ,
                        Plaintiff,


        v.                                          Civil Action No.  05-11324-REK


ROBERT MURPHY, et al.,
                        Defendants.


ORDER ON MOTION FOR APPOINTMENT
OF COUNSEL AND/OR GUARDIAN AD LITEM

    Now before the Court is plaintiff's motion for appointment of counsel and/or

guardian ad litem.  In support of his motion, plaintiff submitted the affidavit of Joel

Pentlarge.

    The court having reviewed the motion and accompanying affidavit, it is hereby

    ORDERED that plaintiff's motion for appointment of counsel and/or guardian ad

litem is denied without prejudice to filing such a motion after the named defendants

have filed responsive pleadings to the complaint.


SO ORDERED.


7/12/05                              /s/ Robert E. Keeton
DATE                                 UNITED STATES SENIOR DISTRICT JUDGE