UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WILLIAM HEBERT</u>              ,
            Plaintiff,

      v.                            Civil Action No.  05-11324-REK

<u>ROBERT MURPHY, et al.</u>,
            Defendants.

<u>ORDER FOR SEALING OF DOCUMENT</u>

    It is hereby ORDERED that the Community Access Board Annual Review report attached as an Exhibit to Plaintiff's Complaint shall be sealed to all non-parties pending further Order of this Court.

    The clerk shall correct the docket accordingly.

SO ORDERED.


<u>7/12/05</u>                          <u>/s/ Robert E. Keeton</u>
DATE                            UNITED STATES SENIOR DISTRICT JUDGE