**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No. 05-11324-PBS

Title: Hebert v. Murphy, et al.

# N O T I C E

The above-entitled case has been returned to the Clerk for reassignment.

Please take notice that this case previously assigned to Judge   Keeton   has been reassigned to Judge   Saris   for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   PBS  .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   s/ Barbara Morse
Deputy Clerk

Date: July 21, 2005