UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,**
          **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
          **Defendants.**

NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Robert Murphy, Kathleen Dennehy, and the Massachusetts Department of Correction.

>    Robert Murphy, Kathleen Dennehy, and
>    Massachusetts Department of Correction,
>
>    NANCY ANKERS WHITE
>    Special Assistant Attorney General
>
>     /s/ Mary P. Murray_____
> By: Mary P. Murray, Counsel  (BBO # 555215)
>    Department of Correction
>    Massachusetts Treatment Center
>    30 Administration Road
>    Bridgewater, Massachusetts 02324
>    (508) 279-8184
>    (508) 279-8181 (fax)

Dated: August 16, 2005

Certificate of Service

I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, William Hebert, by intra-facility mail, at 30 Administration Road, Bridgewater, MA 02324.

>    /s/ Mary P. Murray_____
>    Mary P. Murray

Dated:  August 16, 2005