UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,**
    **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.*,
    **Defendants.**

### MOTION TO EXTEND TIME OF DEFENDANTS ROBERT MURPHY, KATHLEEN DENNEHY AND THE MASSACHUSETTS DEPARTMENT OF CORRECTION TO RESPOND TO THE PLAINTIFF'S COMPLAINT

Without waiving their objections to the manner of service of the complaint, the Massachusetts Department of Correction ("DOC), Kathleen Dennehy and Robert Murphy (collectively, the "DOC Defendants"), hereby request that the Court extend the time for them to respond to the plaintiff's complaint until and including October 14, 2005.

As grounds for this motion, the DOC Defendants state that this time is needed due to their undersigned counsel's heavy workload which includes managing administrative responsibilities as Supervising Counsel for the Massachusetts Treatment Center, representing DOC officials and employees in other civil rights litigation and representing the Commonwealth in G.L. c. 123A, § 9 petitions for discharge in which sexually dangerous persons are seeking release from their civil commitment. Counsel's workload has been recently increased due to the extended medical leave of one of the four DOC attorneys based at the Massachusetts Treatment Center. That attorney has been on leave since July 25, 2005, and is expected to return to work no earlier than September 6, 2005. Currently, counsel is scheduled to represent the Commonwealth in § 9 petitions scheduled for jury trials on August 29, 2005, and September 12, 2005. In

addition, counsel may need to second seat the trial of another § 9 petition on September 19, 2005, unless the attorney on medical leave has returned to a full work schedule at that time. Section 9 cases are highly fact intensive, involve significant expert testimony and require substantial preparation. Lastly, counsel has planned a vacation for the first week in October, 2005.

    WHEREFORE, the DOC Defendants respectfully that this Court allow this motion.

```
                                        Respectfully submitted,
                                        Massachusetts Department of Correction,
                                        Kathleen Dennehy and Robert Murphy,

                                        By their attorneys,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General
                                        /s/ Mary P. Murray_____
                                  By:   Mary P. Murray, Counsel  (BBO # 555215)
                                        Department of Correction
                                        Massachusetts Treatment Center
                                        30 Administration Road
                                        Bridgewater, Massachusetts 02324
                                        (508) 279-8184
                                        (508) 279-8181 (fax)
Dated: August 16, 2005
```

<u>Certificate of Service</u>

  I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, William Hebert, by intra-facility mail.

                /s/ Mary P. Murray
                Mary P. Murray

Dated:  August 16, 2005