AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of                    Massachusetts

William Hebert,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Robert Murphy, et al.,
    Defendant.

CASE NUMBER: C.A. No. 05-11324-REK

TO: (Name and address of Defendant)

Massachusetts Department of Correction of the Executive Office of Public Safety
    50 Maple Street, Milford, MA 01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Hebert, pro se
    30 Administration Rd.
    Bridgewater, MA 02324

an answer to the complaint which is herewith served upon you, within     twenty (20)     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton                               July 18, 2005
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 27, 2005 |
| NAME OF SERVER (PRINT) Joel Pentlarge | TITLE A person at least 18 years old not a party to this action. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by certified mail on Commissioner Kathleen Dennehy at 50 Maple St., Milford, MA 01757 and on Attorney General Thomas Reilly at One Ashburton Place, Boston, MA 02108, as provided by FRCP 4(j) and Mass.R.Civ.P. 4(d)(3). Attached are the return receipts.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL None. |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 13, 2005   /s/ Joel Pentlarge
                     Date                  Signature of Server
                                           Joel Pentlarge
                                           Nemansket Correctional Center
                                           30 Administration Rd.
                                           Bridgewater, MA 02324
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.