UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,**
      **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.*,
      **Defendants.**

**SECOND MOTION TO EXTEND TIME OF DEFENDANTS ROBERT MURPHY, KATHLEEN DENNEHY AND THE MASSACHUSETTS DEPARTMENT OF CORRECTION TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

Without waiving their objections to the manner of service of the complaint, the Massachusetts Department of Correction ("DOC), Kathleen Dennehy and Robert Murphy (collectively, the "DOC Defendants"), hereby request that the Court extend the time for them to respond to the plaintiff's complaint until and including November 4, 2005.

As grounds for this motion, the DOC Defendants state that this time is needed due to their undersigned counsel's heavy workload which includes managing administrative responsibilities as Supervising Counsel for the Massachusetts Treatment Center, representing DOC officials and employees in other civil rights litigation and representing the Commonwealth in G.L. c. 123A, § 9 petitions for discharge in which sexually dangerous persons are seeking release from their civil commitment. Counsel is currently preparing for two upcoming § 9 trials (November 1 and November 14).

Counsel had originally anticipated working on the DOC Defendants' response to the Complaint prior to and following her vacation during the week of October 3; however, counsel

had to take two days of sick time and was required to devote much of this time to various Section 9 matters in Superior Court and other cases.

    WHEREFORE, the DOC Defendants respectfully that this Court allow this motion.

                Respectfully submitted,
                Massachusetts Department of Correction,
                Kathleen Dennehy and Robert Murphy,

                By their attorneys,

                NANCY ANKERS WHITE
                Special Assistant Attorney General
                /s/ Mary P. Murray_____
By:    Mary P. Murray, Counsel  (BBO # 555215)
        Department of Correction
        Massachusetts Treatment Center
        30 Administration Road
        Bridgewater, Massachusetts 02324
        (508) 279-8184
        (508) 279-8181 (fax)

Dated: October 14, 2005

## Certificate of Service

    I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, William Hebert, by intra-facility mail.

                /s/ Mary P. Murray_____
                Mary P. Murray

Dated:  October 14, 2005