UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,**
         **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.***,**
         **Defendants.**

---

### MOTION TO FURTHER EXTEND TIME OF DEFENDANTS ROBERT MURPHY, KATHLEEN DENNEHY AND THE MASSACHUSETTS DEPARTMENT OF CORRECTION TO RESPOND TO THE PLAINTIFF'S COMPLAINT

---

Without waiving their objection to the manner of service of the complaint, the Massachusetts Department of Correction ("DOC"), Kathleen Dennehy and Robert Murphy (collectively, the "DOC Defendants"), hereby request that the Court extend the time for them to respond to the plaintiff's complaint up to and including December 16, 2005.

As grounds for this motion, the DOC defendants state that this time is needed due to their undersigned counsel's heavy workload which includes managing administrative responsibilities as Supervising Counsel for the Massachusetts Treatment Center, representing DOC officials and employees in other civil rights litigation and representing the Commonwealth in G.L. c. 123A, § 9 petitions for discharge in which sexually dangerous persons are seeking release from their civil commitment. Among other work, counsel is scheduled to represent the Commonwealth in a § 9 petition scheduled for a jury trial on November 14, 2005, which is anticipated to continue for two

weeks. Section 9 trials are highly fact intensive, involve significant expert testimony and require substantial preparation. Lastly, counsel has been on sick leave for the last four days.

WHEREFORE, the DOC Defendants respectfully that the Court allow this motion.

> Respectfully Submitted,
> Massachusetts Department of Correction,
> Kathleen Dennehy and Robert Murphy,
>
> By their attorneys,
>
> NANCY ANKERS WHITE
> Special Assistant Attorney General
>
> /s/ Mary P. Murray_____
> Mary P. Murray, Counsel (BBO # 555215)
> Department of Correction
> Massachusetts Treatment Center
> 30 Administration Road
> Bridgewater, Massachusetts 02324
> (508) 279-8184
> (508) 279-8181

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I did this day serve a photocopy of the above document upon the *pro se* plaintiff, William Hebert, by Institutional Mail.

> /s/ Brain P. Mansfield_____
> Brian P. Mansfield

Dated: November 4, 2005