UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,** *pro se,*
    **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
    **Defendants.**

## MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES OF DEFENDANTS MASSACHUSETTS DEPARTMENT OF CORRECTION, KATHLEEN DENNEHY AND ROBERT MURPHY

Now come defendants, the Massachusetts Department of Correction, Robert Murphy and Kathleen Dennehy, and move this Honorable Court to allow them to file a memorandum in support of their Motion to Dismiss in excess of the 20 pages permitted pursuant to LR. 7.1(B)(4).

As grounds therefore, the defendants state that the plaintiff has advanced several theories of recovery, including the Americans with Disabilities Act, 42 U.S.C. § 1983 and G.L. c. 123A. The petitioner challenges his conditions of confinement as a sexually dangerous person and the mental health and sex offender treatment offered to him. As such, it is in the interest of justice to allow the defendants to file a longer memorandum.

WHEREFORE, the defendants respectfully request that this Honorable Court allow this motion.

        Defendants Massachusetts Department of Correction, Robert Murphy and Kathleen Dennehy,

        NANCY ANKERS WHITE
        Special Assistant Attorney General

        /s/ Mary P. Murray
By:  Mary P. Murray, Counsel (BBO # 555215)
        Department of Correction
        Massachusetts Treatment Center
        30 Administration Road
        Bridgewater, Massachusetts 02324
        (508) 279-8184
        (508) 279-8181 (fax)
        MPMurray@DOC.state.ma.us

Dated: December 16, 2005

## Certificate of Service

    I hereby certify that I caused a copy of the within document to be served as follows: *Pro Se* Plaintiff William Hebert, by intra-facility mail, Massachusetts Treatment Center 30 Administration Road, Bridgewater, MA 02324;

        /s/ Mary P. Murray
        Mary P. Murray

Dated: December 16, 2005