UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11324-PBS

**WILLIAM HEBERT,** *pro se,*
    **Plaintiff,**

v.

**ROBERT MURPHY,** *et al.,*
    **Defendants.**

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 56, defendants Massachusetts Department of Correction, Kathleen Dennehy and Robert Murphy, hereby move to dismiss the complaint or, in the alternative, for summary judgment.

The grounds for this motion are set forth in the accompanying memorandum of law.

|  |  |
|---|---|
|  | Defendants Massachusetts Department of Correction, Robert Murphy and Kathleen Dennehy, |
|  | NANCY ANKERS WHITE<br>Special Assistant Attorney General |
|  | /s/ Mary P. Murray |
| By: | Mary P. Murray, Counsel  (BBO # 555215)<br>Department of Correction<br>Massachusetts Treatment Center<br>30 Administration Road<br>Bridgewater, Massachusetts 02324<br>(508) 279-8184<br>(508) 279-8181 (fax)<br>MPMurray@DOC.state.ma.us |

Dated:  December 16, 2005

Certificate of Service

    I hereby certify that I caused a copy of the within document to be served as follows: *Pro Se* Plaintiff William Hebert, by intra-facility mail, Massachusetts Treatment Center 30 Administration Road, Bridgewater, MA 02324;

/s/ Mary P. Murray
Mary P. Murray

Dated: December 16, 2005