UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11324-PBS

WILLIAM HEBERT,

    Plaintiff,

vs.

ROBERT MURPHY, et al.,

    Defendants.

### PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff renews his previously filed motion for appointment of counsel. A copy of the previously filed motion for appointment of counsel is attached. This motion was "denied without predjudice to filing such a motion after the named defendants have filed responsive pleadings to the complaint." Attached is a copy of the Order on Motion for Appointment of Counsel and/or guardian ad litem.

The named defendants have now filed their responsive pleading, which is a motion to dismiss or in the alternative for summary judgment. This motion raises some 13 very technical defenses, but does not address the heart of Mr. Hebert's complaint that:

1. He is being held in conditions which are much more

2

Because of his mental illness, Mr. Hebert lacks the ability to adequately oppose the defendants' motion to dismiss, as is described in the attached previously filed motion for appointment of counsel and the supporting affidavit of Joel Pentlarge.

The plaintiff, Mr. Hebert, respectfully renews his motion for appointment of counsel.

William Hebert, Plaintiff,

*William Hebert*
William Hebert, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

Verification

I, William Hebert, state under the pains and penalties of pejury that I have read the above renewed motion for appointment of counsel. To the best of my knowledge all of the facts stated in this motion are true.

Signed under the pains and penalties of perjury.

January 9, 2006
*William Hebert*
William Hebert

Certificate of Service

I, Joel Pentlarge, state under the pains and penalties of perjury that a copy of the foregoing motion has been served on Attorney Mary Murray by intra-facility mail at the Nemansket Correctional Center, 30 Administration Rd., Bridgewater, MA 02324

January 10, 2006
*Joel Pentlarge*
Joel Pentlarge