```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

WILLIAM HEBERT,                 )
    Plaintiff,                  )
                                )
    v.                          )    C.A. No. 05-11324-PBS
                                )
ROBERT MURPHY, et al.,          )
    Defendants.                 )
```

### ORDER Re: Plaintiff's Renewed Motion for Counsel

Plaintiff William Hebert, civilly committed to the Massachusetts Treatment Center, filed this pro se civil rights action challenging, among other things, the conditions of his confinement. Now before the Court is plaintiff Hebert's renewed motion for appointment of counsel. See Docket No. 21. The defendants' motions to dismiss, see Docket Nos. 17, 19, are pending and the defendants have not opposed plaintiff's renewed motion. See Docket.

Unlike criminal defendants, indigent litigants filing civil actions have no constitutional right to counsel. Under 28 U.S.C. § 1915(e)(1), however, the Court may request an attorney to represent any person unable to afford counsel. Such appointment, however, is a privilege, not a right. See DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991) ("there is no absolute constitutional right to a free lawyer in a civil case").

Hebert's renewed motion and accompanying materials indicate that he seeks appointment of counsel, in part, to respond to defendants' responsive pleading. The Court's records indicate that

the Court already allowed plaintiff's motion for leave to proceed in forma pauperis, a sign of plaintiff's financial limitations. See 7/12/05 Order. The Clerk shall be directed to refer plaintiff's case to the Court's Pro Bono Coordinator to attempt to secure counsel willing to represent Hebert without compensation.

Accordingly, it is hereby

ORDERED, plaintiff's renewed motion for appointment of counsel is granted; and it is further

ORDERED, this matter is referred to the Court's Pro Bono Coordinator; and it is further

ORDERED, the Pro Bono Coordinator shall, By April 28, 2006, report to the Court the result of such effort.

SO ORDERED.


 February 9, 2006            /s/ Patti B. Saris
DATE                         UNITED STATES DISTRICT JUDGE