UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM HEBERT,<br>        Plaintiff,<br><br>    v.<br><br>ROBERT MURPHY, et al.,<br>        Defendants. | )<br>)<br>)<br>)   C.A. No. 05-11324-PBS<br>)<br>)<br>) |

PRO BONO STATUS REPORT

By Order dated February 9, 2006, the above referenced case was referred for the appointment of pro bono counsel to represent plaintiff pursuant to this Court's Plan for the Appointment of Counsel for Indigent Parties in Civil Cases ("the Plan").

After diligent effort to secure pro bono counsel, an attorney has not been located to represent plaintiff. During the months of February through April, a description of the instant action was circulated to this Court's pro bono panel. No members of the Court's pro bono panel expressed a willingness to accept an appointment to represent plaintiff.

The Plan operates on a purely voluntary basis, and the resources are limited. If it is determined that continued efforts are required to locate pro bono counsel, please return the case file to the Pro Bono Coordinator for further action.

| | |
|---|---|
| 4/27/06 | /s/ Barbara Morse |
| Date | Barbara Morse, Pro Bono Coordinator |