UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11324-PBS

William Hebert,
Plaintiff,

v.

Robert Murphy, et al,
Defendants.

## ORDER OF DISMISSAL

SARIS, D.J.

For failure of the plaintiff to comply with this Court's order of April 27, 2006, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

*[signature]*
Patti B. Saris
United States District Judge

August 28, 2006

To: All Counsel